**Wendy R. Bemis (SBN 218432)**
**Heather N. Tanner (SBN 235672)**
**LAW OFFICES OF BEMIS & ASSOCIATES**
**140 Geary Street, 4th Floor**
**San Francisco, CA 94108**
**Telephone: (415) 367-4578**
**Facsimile: (415) 367-4579**

Attorneys for Plaintiff,
BERLIN LILLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN LILLARD, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS, Inc., a Washington Corporation doing business in California; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-00719-GEB-KJM<br><br>**JOINT STIPULATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO AMEND THE COMPLAINT.** |

**JOINT STIPULATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST TO AMEND THE COMPLAINT:**

Wendy Bemis, attorney for Plaintiff, and Jonmi N. Koo, attorney for Defendant, make a following joint stipulation to the Court:

1.   WHEREAS Plaintiff recently filed a complaint against Defendant in the Superior Court of California;

2.   WHEREAS Defendant timely answered the Complaint;

3.   WHEREAS Plaintiff realized that, through inadvertent error, they had filed an incomplete complaint without a cause of action for wrongful termination;

4.    WHEREAS there has been no further action by the parties on this matter since the case was removed to Federal Court;

5.    WHEREAS the parties, pursuant to this stipulation, hereby respectfully request that the Court enter the following Order:

    1.  Plaintiff be allowed to file an amended complaint adding a cause of action for wrongful termination;

    2.  Defendant will have 10 court days from the filing and service of the amended complaint to file an amended answer.

IT IS HEREBY STIPULATED BY THE PARTIES TO THIS ACTION:

DATED:  May ___, 2008                        BEMIS & ASSOCIATES

By:_____
    Wendy Bemis
    Attorneys for Plaintiff BERLIN LILLARD

DATED:  May __, 2008                         PERKINS COIE

By:_____
    Jonmi Koo
    Attorneys for Defendants

IT IS SO ORDERED.

DATED:  May 15, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge