Wendy R. Bemis (SBN 218432)
Kimberly A. Wong (SBN 251193)
LAW OFFICES OF BEMIS & ASSOCIATES
140 Geary Street, 4th Floor
San Francisco, CA 94108
Telephone:  (415) 367-4578
Facsimile:   (415) 367-4579

Attorneys for Plaintiff,
BERLIN LILLARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN LILLARD,<br><br>             Plaintiff,<br><br>     v.<br><br>STARBUCKS, Inc., a Washington Corporation doing business in California,<br><br>             Defendant. | Case No.: 2:08-CV-00719-GEB-KJM<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW**<br><br>Hearing Date: February 9, 2009<br>Time:  9:00am<br>Courtroom:  10<br>Judge: Honorable Garland Burrell, Jr. |

On January 8, 2009, counsel for Plaintiff Berlin Lillard, Wendy Bemis and Kimberly Wong of Bemis & Associates, filed with the Court a Motion to Withdraw as counsel for Plaintiff in this case.  The motion to withdraw their appearance is granted.

Accordingly, Plaintiff now represents himself in this case.  Plaintiff's current address is 342 W. Viento Street, Tracy, CA 95391.

DATED:  2/5/09

Honorable Garland E. Burrell, Jr.
United States District Judge