IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN LILLARD,          )<br>                          )<br>          Plaintiff,     )<br>                          )<br>     v.                   )<br>                          )<br>STARBUCKS CORPORATION, a  )<br>Washington Corporation doing )<br>business in California,   )<br>          Defendant.     )<br>_____) | 2:08-cv-719-GEB-EFB<br><br><u>DISMISSAL ORDER</u> |

Plaintiff was warned in the Order filed October 27, 2009 that "failure to respond to the [October 27, 2009] order [by 4:00 p.m. on November 2, 2009] could be construed as Plaintiff's abandonment [o]f this case, and this case could be dismissed." Plaintiff has not responded to the October 27, 2009 Order, therefore this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: November 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge